IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nicholson, Michelle

Printed: 11/27/07

Case Number: 07 B 15194
Judge: Hollis, Pamela S
Filed: 8/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 2. | City Of Chicago | Secured | 400.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 27,000.00 | 0.00 |
| 4. | Greater Chicago Finance | Unsecured | 189.29 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 173.64 | 0.00 |
| 6. | Worldwide Asset Purchasing LLC | Unsecured | 65.70 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 9. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 12. | Applied Card Services | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,828.63 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nicholson, Michelle

Printed: 11/27/07

Case Number: 07 B 15194
Judge: Hollis, Pamela S
Filed: 8/21/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*